NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5007

MARRIOTT INTERNATIONAL RESORTS, L.P.,
and MARRIOTT INTERNATIONAL JBS CORPORATION,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in consolidated case nos. 01-CV-256 and 01-CV-257, Judge Charles F. Lettow.

ON MOTION

Before DYK, Circuit Judge.

O R D E R

The United States moves move without opposition to hold this appeal in abeyance pending settlement negotiations.

On January 5, 2009, this court granted Marriott International Resorts, L.P. and Marriott International JBS Corporation's (Marriott) motion for a 120-day extension of time, until April 28, 2009, to file its opening brief.

We deny the United States' motion to hold the appeal in abeyance but provide an additional 30 days for Marriott to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to hold the appeal in abeyance is denied.

(2)     Marriott's opening brief is due no later than May 28, 2009.

FOR THE COURT

FEB 25 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Harold J. Heltzer, Esq.
    Joan I. Oppenheimer, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2009

JAN HORBALY
CLERK

2009-5007

- 2 -